

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/08

December 5, 2008

**BY HAND DELIVERY**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

    Re: *United States* v. *Uzair Paracha*, 03 Cr. 1197 (SHS)

Dear Judge Stein:

    On or about November 21, 2008, defendant Paracha filed a motion for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. Because of the nature of the claims, the press of other business, and the December holidays, the Government requests an extension of time, up to and including January 16, 2009, within which to respond to Paracha's motion. Joshua Dratel, Esq., counsel for Paracha, has graciously consented to this request.

                            Respectfully submitted,

                            LEV L. DASSIN
                            Acting United States Attorney

             By: *[signature]*
                  KARL METZNER
                  Assistant United States Attorney
                  (212) 637-2476

cc: Joshua Dratel, Esq.

SO ORDERED 12/5/08

*[signature]*
SIDNEY H. STEIN
U.S.D.J.