

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/09

January 13, 2009

**BY HAND DELIVERY**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

  Re: *United States v. Uzair Paracha*, 03 Cr. 1197 (SHS)

Dear Judge Stein:

  On or about November 21, 2008, defendant Paracha filed a motion for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. On December 5, 2008, the Government requested, with the consent of the defendant, an extension of time up to and including January 16, 2009, within which to respond to Paracha's motion. At the time of that request, the undersigned expected to complete the response within the time requested. However, on January 5, 2009, three weeks before she was due, my wife gave birth to our first child, as a result of which I have been out of the office and unable to complete the Government's response. Under the circumstances, the Government respectfully requests an additional three weeks, up to and including February 6, 2009, within which to submit its response to Paracha's motion. Joshua Dratel, Esq., counsel for

SO ORDERED 1/16/09

SIDNEY H. STEIN
U.S.D.J.

Robert P. Patterson
PART I

Hon. Sidney H. Stein
January 13, 2009
Page 2

Paracha, has previously advised me that he consents to the Government's reasonable requests for additional time.

                                Respectfully submitted,

                                LEV L. DASSIN
                                Acting United States Attorney

By:    *[signature]*
        KARL METZNER
        Assistant United States Attorney
        (212) 637-2476

cc:    Joshua Dratel, Esq.