

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
AARON MYSLIWIEC
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

February 24, 2009

**BY FACSIMILE [(212) 805-7924]**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                 Re:    *United States v. Uzair Paracha*,
                          Docket No. 03-cr-1197 (SHS)

Dear Judge Stein:

      This letter is in reference to the above-entitled case, in which I represent defendant Uzair Paracha. The Reply to the government's opposition to Mr. Paracha's Rule 33 motion is presently due February 26, 2009. A two and a half week extension of time to file the Reply, until March 17, 2009, is requested, because recently, we have been engaged in several new matters that have required immediate attention. The government, through Assistant United States Attorney Karl Metzner, consents to such an extension.

                                                    Respectfully submitted,

                                                    Joshua L. Dratel

JLD/saw

cc:    Karl Metzner
       Assistant United States Attorney
       (By facsimile)

SO ORDERED 2/24/09

SIDNEY H. STEIN
U.S.D.J.